**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS<br>EARPLUG PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS RELATES TO:<br><br>EDWARD SCHWARTZ<br>v.<br>3M COMPANY ET AL. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 3:19-MD-2885<br><br><br>INDIV.DKT: 3:22-cv-01135-MCR-GRJ |

## NOTICE OF DESIGNATED FORUM

The above referenced Plaintiff hereby designates his forum as the Eastern District of Pennsylvania.


*/s Taylor C. Bartlett*
Taylor C. Bartlett
**Heninger Garrison Davis, LLC**
2224 First Avenue North
Birmingham, AL 35213
Phone: 205.427.6630
Fax: 205-380-8085
taylor@hgdlawfirm.com

*Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

I CERTIFY that this document was filed today via CM/ECF, for electronic distribution to the counsel of record in this action.

*/s/ Taylor C. Bartlett*

*Attorney for Plaintiff*