**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases on Exhibits A and B | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

# ORDER

On March 23, 2022, the Court directed any plaintiff in the litigation who is a veteran to submit a Form DD214 or DoD Military Service Information Report (colloquially referred to as the "Blue Button") by certain deadlines. *See* Case Management Order No. 40, ECF No. 2911. The Order warned that a plaintiff's failure to timely submit the requisite form or report would result in dismissal of the plaintiff's case without prejudice. *See id*. at 3. The plaintiffs identified on Exhibits A and B were required to submit the requisite form or report by May 23, 2022 or June 21, 2022.[1] None of them did so, and none of them advised the Court or BrownGreer that they are not veterans, such that CMO 40 would not apply.

[1] The deadlines set forth in CMO 40 are staggered based on the number of plaintiffs represented by a particular law firm. Beginning March 23, 2022, each law firm was required to submit at least 3,000 DD214s every 30 days. *See* CMO 40, ECF No. 2911 at 3. Consequently, the deadlines for law firms with 6,000 and 9,000 plaintiffs were May 23, 2022 and June 21, 2022, respectively. Exhibit A identifies the plaintiffs from that group who failed to meet that deadline and whose census materials contain conflicting answers about military service and veteran status. Exhibit B identifies the plaintiffs whose census materials have not yet been submitted and whose registration information with MDL Centrality does not specify veteran status.

Rules 16(f) and 37(b)(2)(A) of the Federal Rules of Civil Procedure authorize a court to sanction a party, up to and including dismissal of a case, for failing to comply with pretrial orders. This authority has particular significance in the MDL context. An MDL judge bears the "enormous" task of "mov[ing] thousands of cases toward resolution on the merits while at the same time respecting their individuality." *In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217, 1231 (9th Cir. 2006). To carry out this task in an organized and efficient manner, an MDL court must define and strictly adhere to case management rules. *See id.* at 1232 ("[T]he district judge must establish schedules with firm cutoff dates if the coordinated cases are to move in a diligent fashion toward resolution by motion, settlement, or trial."); *see also* Fed. R. Civ. P. 1 (stating that the Federal Rules of Civil Procedure "should be construed and administered to secure the just, speedy, and inexpensive determination of every action and proceeding"). Pretrial orders—and the parties' compliance with those orders and their deadlines— "are the engine that drives disposition on the merits." *Id.* at 1232. "A [court's] willingness to resort to sanctions in the event of noncompliance can ensure that that the engine remains in tune, resulting in better administration of the vehicle of multidistrict litigation." *In re Cook Medical, Inc. Pelvic Repair Sys. Prof. Liab. Litig.*, 2018 WL 4698953, at *2 (S.D. W. Va. Sept. 28, 2018) (citing *Freeman v. Wyeth*, 764 F.3d 806, 810 (8th Cir. 2014) ("The MDL judge must be given 'greater discretion' to create and enforce

deadlines in order to administrate the litigation effectively. This necessarily includes the power to dismiss cases where litigants do not follow the court's orders.")).

Applying these rules, the Court concludes that dismissal without prejudice is appropriate in the cases identified on Exhibits A and B. This MDL has been pending for over three years. All veterans who allegedly wore the CAEv2 during their military service, and their counsel, have been on notice—for nearly as long—that a DD214 would be a fundamental requirement for pursuing a claim in this litigation. *See* Pretrial Order No. 18, ECF No. 775 & 775-2.[2] This is because the DD214 constitutes official proof of a veteran's military service and provides essential details about the veteran's service record, information which is critical to the claims and defenses involved in virtually every veteran's claim.[3] The Court reemphasized the importance of a DD214 at the February 16, 2022 Case Management Conference, and, at that time, advised the parties that an order requiring its production by all veterans would be forthcoming. *See also* Case Management Order No. 35, ECF No. 2789 at 4. That Order (again, CMO 40) was entered on March 23, 2022, and identified two different ways for a plaintiff veteran to establish his or her military service—either (1) by producing a DD214; or (2) by producing a DoD Military

[2] Indeed, the DD214 is the very first item on the list of required initial census documents. *See* PTO 18, Exhibit B, ECF No. 775-2.

[3] For example, the DD214 includes information regarding dates of service, military occupational specialties held, awards, education, and separation information (i.e., date and type of separation, character of service, and the authority and reason for separation).

Service Information Report which is readily and easily accessible to every veteran (and/or a legal representative with the veteran's credentials) on the VA's health management portal, MyHealtheVet.[4] Given the advanced stage of this litigation and the importance of veterans' military service information to the various claims and defenses in this litigation, it was—and is—entirely reasonable to require veterans to timely show basic proof of military service.

Accordingly:

1. The plaintiffs' cases identified on Exhibits A and B are hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order.[5]

2. Active duty plaintiffs and non-veterans are hereby granted leave to file a motion to reopen their case, which must be accompanied by a statement clarifying their status with respect to military service. Any motion to reopen on this basis must be filed on the individual docket for a plaintiff's case only by **August 25, 2022**.[6]

3. The Clerk is directed to enter a copy of this Order on the main MDL docket and on the individual dockets, and close the cases in their entirety for all purposes.

---

[4] CMO 40 even included a link to the VA's public website for the "Blue Button," as well as a sample Blue Button form.

[5] To the extent a Request for Dismissal from Administrative Docket (RFD) was filed in a particular case *before* CMO 40 was entered, the case will be dismissed pursuant to the RFD, and not pursuant to CMO 40.

[6] In light of recent developments, time may be of the essence for active duty and non-veteran plaintiffs to file a motion to reopen.

**SO ORDERED**, on this 28th day of July, 2022.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT A

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 1 | 213373 | Troy Jefferson | Bailey Cowan Heckaman PLLC | 8:20-cv-72549-MCR-GRJ | |
| 2 | 222881 | Drake Baldwin | Bailey Cowan Heckaman PLLC | | 8:20-cv-74668-MCR-GRJ |
| 3 | 222919 | Tawnya Evans | Bailey Cowan Heckaman PLLC | 8:20-cv-74749-MCR-GRJ | |
| 4 | 251068 | Chris Hobbs | Bailey Cowan Heckaman PLLC | 8:20-cv-96211-MCR-GRJ | |
| 5 | 251244 | Christopher Moore | Bailey Cowan Heckaman PLLC | 8:20-cv-96613-MCR-GRJ | |
| 6 | 251419 | James Selman | Bailey Cowan Heckaman PLLC | 8:20-cv-97078-MCR-GRJ | |
| 7 | 267887 | Johnathan Mersing | Bailey Cowan Heckaman PLLC | 9:20-cv-13773-MCR-GRJ | |
| 8 | 311710 | Dallas Ayers | Bailey Cowan Heckaman PLLC | 7:21-cv-29024-MCR-GRJ | |
| 9 | 311740 | Jonathan Beatty | Bailey Cowan Heckaman PLLC | 7:21-cv-29078-MCR-GRJ | |
| 10 | 311826 | Tommy Bryant | Bailey Cowan Heckaman PLLC | 7:21-cv-29239-MCR-GRJ | |
| 11 | 311842 | Thomas Busch | Bailey Cowan Heckaman PLLC | | 7:21-cv-29273-MCR-GRJ |
| 12 | 311845 | Donald Bustin | Bailey Cowan Heckaman PLLC | 7:21-cv-29279-MCR-GRJ | |
| 13 | 311888 | Oswaldo Chavez | Bailey Cowan Heckaman PLLC | | 7:21-cv-29351-MCR-GRJ |
| 14 | 311908 | Christopher Cogswell | Bailey Cowan Heckaman PLLC | | 7:21-cv-29371-MCR-GRJ |
| 15 | 311949 | Jose Cruz | Bailey Cowan Heckaman PLLC | 7:21-cv-29412-MCR-GRJ | |
| 16 | 311955 | Kailum Cummings | Bailey Cowan Heckaman PLLC | 7:21-cv-29418-MCR-GRJ | |
| 17 | 311966 | Tajee Dawson | Bailey Cowan Heckaman PLLC | 7:21-cv-29429-MCR-GRJ | |
| 18 | 311983 | Eric Depaula | Bailey Cowan Heckaman PLLC | 7:21-cv-29446-MCR-GRJ | |
| 19 | 312038 | Jose Espinoza | Bailey Cowan Heckaman PLLC | 7:21-cv-29501-MCR-GRJ | |
| 20 | 312070 | Christopher Fitzgerald | Bailey Cowan Heckaman PLLC | 7:21-cv-29533-MCR-GRJ | |
| 21 | 312122 | Max Ginorio De Jesús | Bailey Cowan Heckaman PLLC | | 7:21-cv-29803-MCR-GRJ |
| 22 | 312204 | Nicholas Haycock | Bailey Cowan Heckaman PLLC | 7:21-cv-29666-MCR-GRJ | |
| 23 | 312351 | Malcolm Kimbro | Bailey Cowan Heckaman PLLC | 7:21-cv-29888-MCR-GRJ | |
| 24 | 312361 | Dominic Koep | Bailey Cowan Heckaman PLLC | | 7:21-cv-29905-MCR-GRJ |
| 25 | 312378 | Daniel Lakhani | Bailey Cowan Heckaman PLLC | 7:21-cv-29938-MCR-GRJ | |
| 26 | 312422 | Mark Long | Bailey Cowan Heckaman PLLC | 7:21-cv-30021-MCR-GRJ | |
| 27 | 312479 | Max Mcdoniel | Bailey Cowan Heckaman PLLC | 7:21-cv-30131-MCR-GRJ | |
| 28 | 312484 | Willie Mcintosh | Bailey Cowan Heckaman PLLC | | 7:21-cv-30140-MCR-GRJ |
| 29 | 312509 | Francisco Meza | Bailey Cowan Heckaman PLLC | | 7:21-cv-30188-MCR-GRJ |
| 30 | 312522 | Justin Miller | Bailey Cowan Heckaman PLLC | 7:21-cv-30208-MCR-GRJ | |
| 31 | 312534 | Jordan Mitchell | Bailey Cowan Heckaman PLLC | 7:21-cv-30220-MCR-GRJ | |
| 32 | 312575 | Dennis Nicholson | Bailey Cowan Heckaman PLLC | 7:21-cv-30261-MCR-GRJ | |
| 33 | 312706 | Corey Rhude | Bailey Cowan Heckaman PLLC | 7:21-cv-30650-MCR-GRJ | |
| 34 | 312718 | Jeremy Roach | Bailey Cowan Heckaman PLLC | 7:21-cv-30661-MCR-GRJ | |
| 35 | 312836 | Matthew Smith | Bailey Cowan Heckaman PLLC | 7:21-cv-30779-MCR-GRJ | |
| 36 | 312864 | Robert St. Peter | Bailey Cowan Heckaman PLLC | 7:21-cv-30884-MCR-GRJ | |
| 37 | 312876 | Glenn Stewart | Bailey Cowan Heckaman PLLC | 7:21-cv-30816-MCR-GRJ | |
| 38 | 312887 | Daniel Swiatek | Bailey Cowan Heckaman PLLC | 7:21-cv-30827-MCR-GRJ | |
| 39 | 312933 | Joe Trujillo | Bailey Cowan Heckaman PLLC | 7:21-cv-30873-MCR-GRJ | |
| 40 | 312935 | Joseph Tuggle | Bailey Cowan Heckaman PLLC | 7:21-cv-30875-MCR-GRJ | |
| 41 | 312962 | Robert Walters | Bailey Cowan Heckaman PLLC | 7:21-cv-31421-MCR-GRJ | |
| 42 | 312983 | Andrew Wheeler | Bailey Cowan Heckaman PLLC | 7:21-cv-31442-MCR-GRJ | |
| 43 | 312990 | William Whitted | Bailey Cowan Heckaman PLLC | 7:21-cv-31449-MCR-GRJ | |
| 44 | 313027 | Matthew Wonder | Bailey Cowan Heckaman PLLC | 7:21-cv-31486-MCR-GRJ | |
| 45 | 313363 | Tyler Cake | Bailey Cowan Heckaman PLLC | 7:21-cv-31822-MCR-GRJ | |
| 46 | 313703 | Derek Erickson | Bailey Cowan Heckaman PLLC | 7:21-cv-32862-MCR-GRJ | |
| 47 | 313988 | James Harris | Bailey Cowan Heckaman PLLC | | 7:21-cv-32107-MCR-GRJ |
| 48 | 314231 | Shawn Kiene | Bailey Cowan Heckaman PLLC | 7:21-cv-32440-MCR-GRJ | |
| 49 | 314279 | Andrew Kunze | Bailey Cowan Heckaman PLLC | | 7:21-cv-32488-MCR-GRJ |
| 50 | 314486 | Christopher Mccormick | Bailey Cowan Heckaman PLLC | | 7:21-cv-32695-MCR-GRJ |
| 51 | 314547 | Seth Miller | Bailey Cowan Heckaman PLLC | 7:21-cv-32756-MCR-GRJ | |
| 52 | 314653 | Anthony Newman | Bailey Cowan Heckaman PLLC | 7:21-cv-32892-MCR-GRJ | |
| 53 | 314805 | Calvin Postell | Bailey Cowan Heckaman PLLC | 7:21-cv-33164-MCR-GRJ | |
| 54 | 315174 | Andrew Stadius | Bailey Cowan Heckaman PLLC | | 7:21-cv-33831-MCR-GRJ |
| 55 | 315220 | William Stratton | Bailey Cowan Heckaman PLLC | | 7:21-cv-33877-MCR-GRJ |
| 56 | 315423 | Robert Ward | Bailey Cowan Heckaman PLLC | 7:21-cv-34307-MCR-GRJ | |
| 57 | 43029 | Thaddeus Woodward | Clark, Love & Hutson PLLC | | 3:19-cv-02522-MCR-GRJ |
| 58 | 90958 | Alex Salinas | Clark, Love & Hutson PLLC | | 7:20-cv-21201-MCR-GRJ |
| 59 | 213797 | William Kido-Eli | Clark, Love & Hutson PLLC | 8:20-cv-67515-MCR-GRJ | |
| 60 | 252516 | Alex Martinez | Clark, Love & Hutson PLLC | 9:20-cv-12277-MCR-GRJ | |
| 61 | 265090 | Patrick Seymour | Clark, Love & Hutson PLLC | 9:20-cv-09547-MCR-GRJ | |
| 62 | 276038 | Jason Wagner | Clark, Love & Hutson PLLC | 9:20-cv-19853-MCR-GRJ | |
| 63 | 287860 | Andrew Doster | Clark, Love & Hutson PLLC | 7:21-cv-08963-MCR-GRJ | |
| 64 | 309318 | Rashene Mincy | Clark, Love & Hutson PLLC | 7:21-cv-27802-MCR-GRJ | |
| 65 | 309674 | Kevin Zink | Clark, Love & Hutson PLLC | | 7:21-cv-28158-MCR-GRJ |
| 66 | 330483 | Wesley Hammac | Clark, Love & Hutson PLLC | | 7:21-cv-47402-MCR-GRJ |
| 67 | 358617 | Derek Fernholz | Clark, Love & Hutson PLLC | | 3:22-cv-02593-MCR-GRJ |
| 68 | 79543 | Patrick Guerra | Heninger Garrison Davis, LLC | | 7:20-cv-53029-MCR-GRJ |
| 69 | 173875 | George Griffin | Heninger Garrison Davis, LLC | | 7:20-cv-64937-MCR-GRJ |
| 70 | 201343 | Joshua Hernandez | Heninger Garrison Davis, LLC | 8:20-cv-55068-MCR-GRJ | |
| 71 | 310536 | Johnny Vazquez | Heninger Garrison Davis, LLC | | 7:21-cv-41551-MCR-GRJ |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 72 | 310696 | Kevin Moritz | Heninger Garrison Davis, LLC | 7:21-cv-42043-MCR-GRJ | |
| 73 | 331356 | Ralph Mora | Heninger Garrison Davis, LLC | 7:21-cv-49505-MCR-GRJ | |
| 74 | 354816 | Arner Lewis | Heninger Garrison Davis, LLC | | 3:21-cv-04021-MCR-GRJ |
| 75 | 357601 | Jeremy Richer | Heninger Garrison Davis, LLC | | 3:22-cv-03331-MCR-GRJ |
| 76 | 357825 | Kelquin Smith | Heninger Garrison Davis, LLC | | 3:22-cv-02986-MCR-GRJ |
| 77 | 134667 | Jonathan Shiflett | Junell & Associates, PLLC | 7:20-cv-60842-MCR-GRJ | |
| 78 | 43786 | Niesha Colvin-Walton | Keller Postman | 7:20-cv-59656-MCR-GRJ | |
| 79 | 44142 | Nicholas Eubanks | Keller Postman | 7:20-cv-60809-MCR-GRJ | |
| 80 | 44610 | Cynthia Washington | Keller Postman | 7:20-cv-44084-MCR-GRJ | |
| 81 | 45530 | Michael Montemayor | Keller Postman | | 7:20-cv-64709-MCR-GRJ |
| 82 | 45827 | Joshua Peeler | Keller Postman | | 7:20-cv-64840-MCR-GRJ |
| 83 | 46015 | Jack Reaver | Keller Postman | 7:20-cv-70045-MCR-GRJ | |
| 84 | 46283 | Rory Scott | Keller Postman | 7:20-cv-70491-MCR-GRJ | |
| 85 | 46325 | Jamie Shell | Keller Postman | | 7:20-cv-70571-MCR-GRJ |
| 86 | 46443 | Brandon Sonnier | Keller Postman | | 7:20-cv-70702-MCR-GRJ |
| 87 | 46744 | Jose Valdespino | Keller Postman | 7:20-cv-75790-MCR-GRJ | |
| 88 | 46809 | Jullian Wade | Keller Postman | 7:20-cv-75952-MCR-GRJ | |
| 89 | 46943 | Eric Williams | Keller Postman | | 7:20-cv-76071-MCR-GRJ |
| 90 | 47048 | Christopher Wright | Keller Postman | 7:20-cv-76163-MCR-GRJ | |
| 91 | 201889 | William Corson | Keller Postman | 8:20-cv-43771-MCR-GRJ | |
| 92 | 221162 | Thomas Dettenmayer | Keller Postman | 8:20-cv-63427-MCR-GRJ | |
| 93 | 222808 | Tony Park | Keller Postman | | 8:20-cv-65424-MCR-GRJ |
| 94 | 231204 | Julian Olynick | Keller Postman | 8:20-cv-79329-MCR-GRJ | |
| 95 | 234914 | Paul Delacruz | Keller Postman | | 8:20-cv-84119-MCR-GRJ |
| 96 | 234922 | Frederick Dunstan | Keller Postman | 8:20-cv-84127-MCR-GRJ | |
| 97 | 235182 | Gary Heyliger | Keller Postman | | 8:20-cv-84678-MCR-GRJ |
| 98 | 235238 | James Rego | Keller Postman | | 8:20-cv-84947-MCR-GRJ |
| 99 | 235305 | Devon Durflinger | Keller Postman | 8:20-cv-85672-MCR-GRJ | |
| 100 | 235574 | Colin Rogers | Keller Postman | 8:20-cv-87944-MCR-GRJ | |
| 101 | 235750 | Ernest Parsley | Keller Postman | 8:20-cv-75150-MCR-GRJ | |
| 102 | 235871 | Steven Mcclain | Keller Postman | 8:20-cv-82599-MCR-GRJ | |
| 103 | 235967 | Timmy Haywood | Keller Postman | | 8:20-cv-82960-MCR-GRJ |
| 104 | 236081 | Jair Pedemonte | Keller Postman | 8:20-cv-83791-MCR-GRJ | |
| 105 | 236201 | Seth Hurley | Keller Postman | 8:20-cv-84284-MCR-GRJ | |
| 106 | 236349 | David Russo | Keller Postman | 8:20-cv-84917-MCR-GRJ | |
| 107 | 236448 | Cory Carden | Keller Postman | | 8:20-cv-85278-MCR-GRJ |
| 108 | 236829 | Michael Summerlin | Keller Postman | 8:20-cv-88946-MCR-GRJ | |
| 109 | 236900 | Robert Garnsey | Keller Postman | 8:20-cv-89118-MCR-GRJ | |
| 110 | 242638 | Manuel Jimenez | Keller Postman | 8:20-cv-89632-MCR-GRJ | |
| 111 | 261282 | Brandon Matlock | Keller Postman | | 9:20-cv-03099-MCR-GRJ |
| 112 | 261836 | Raymond Ibay | Keller Postman | | 9:20-cv-04206-MCR-GRJ |
| 113 | 262155 | Matthew Ford | Keller Postman | 9:20-cv-04677-MCR-GRJ | |
| 114 | 303782 | Clinton Berry | Keller Postman | 7:21-cv-23329-MCR-GRJ | |
| 115 | 306922 | Rashon Stancill | Keller Postman | 7:21-cv-25192-MCR-GRJ | |
| 116 | 309813 | Adam Gorham | Keller Postman | 7:21-cv-28186-MCR-GRJ | |
| 117 | 309970 | Nathan Gudex | Keller Postman | 7:21-cv-28343-MCR-GRJ | |
| 118 | 310186 | Amanda Randolph | Keller Postman | 7:21-cv-28559-MCR-GRJ | |
| 119 | 321116 | Joshua Miller | Keller Postman | 7:21-cv-35948-MCR-GRJ | |
| 120 | 321152 | Charles Stanfield | Keller Postman | 7:21-cv-35984-MCR-GRJ | |
| 121 | 323588 | Kyle Miller | Keller Postman | 7:21-cv-38706-MCR-GRJ | |
| 122 | 323621 | Symantha Shelton | Keller Postman | 7:21-cv-38761-MCR-GRJ | |
| 123 | 325037 | Chad Whitermore | Keller Postman | 7:21-cv-39812-MCR-GRJ | |
| 124 | 325544 | Kerry Wilson | Keller Postman | 7:21-cv-40533-MCR-GRJ | |
| 125 | 326296 | Ryan Morgan | Keller Postman | 7:21-cv-44386-MCR-GRJ | |
| 126 | 329950 | Michael Krumme | Keller Postman | 7:21-cv-46964-MCR-GRJ | |
| 127 | 332420 | Alex Jones | Keller Postman | 7:21-cv-49794-MCR-GRJ | |
| 128 | 334152 | Michael Crump | Keller Postman | 7:21-cv-53135-MCR-GRJ | |
| 129 | 334569 | Walter Mcneil | Keller Postman | 7:21-cv-53298-MCR-GRJ | |
| 130 | 342233 | Brock Hammer | Keller Postman | 7:21-cv-60712-MCR-GRJ | |
| 131 | 342283 | Christhopher Hendricks | Keller Postman | 7:21-cv-60867-MCR-GRJ | |
| 132 | 342340 | Cory Jacks | Keller Postman | | 7:21-cv-60984-MCR-GRJ |
| 133 | 342776 | Jason Parmer | Keller Postman | | 7:21-cv-61851-MCR-GRJ |
| 134 | 342884 | Joseph Reed | Keller Postman | 7:21-cv-61959-MCR-GRJ | |
| 135 | 343157 | Matthew Thompson | Keller Postman | 7:21-cv-62232-MCR-GRJ | |
| 136 | 343270 | Christopher Wesson | Keller Postman | 7:21-cv-62347-MCR-GRJ | |
| 137 | 343549 | Ryan Morris | Keller Postman | 7:21-cv-62865-MCR-GRJ | |
| 138 | 355605 | James Derringer | Keller Postman | | 3:21-cv-04497-MCR-GRJ |
| 139 | 356549 | David Ferguson | Keller Postman | | 3:22-cv-00662-MCR-GRJ |
| 140 | 15120 | James Heintzman | Pulaski Law Firm, PLLC | 7:20-cv-02207-MCR-GRJ | |
| 141 | 15130 | Ruby Huynh | Pulaski Law Firm, PLLC | | 7:20-cv-02215-MCR-GRJ |
| 142 | 15380 | David Young | Pulaski Law Firm, PLLC | 7:20-cv-02541-MCR-GRJ | |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 143 | 15411 | Richard Tasker | Pulaski Law Firm, PLLC | | 7:20-cv-02577-MCR-GRJ |
| 144 | 15463 | George Vargas | Pulaski Law Firm, PLLC | 7:20-cv-02321-MCR-GRJ | |
| 145 | 18858 | Alex Garland | Pulaski Law Firm, PLLC | | 7:20-cv-04621-MCR-GRJ |
| 146 | 26710 | Mark Bailey | Pulaski Law Firm, PLLC | | 8:20-cv-39210-MCR-GRJ |
| 147 | 27322 | Illya Cheairs | Pulaski Law Firm, PLLC | 7:20-cv-52288-MCR-GRJ | |
| 148 | 27404 | Cassandra Ramos | Pulaski Law Firm, PLLC | 7:20-cv-03062-MCR-GRJ | |
| 149 | 27862 | Rafael Perez | Pulaski Law Firm, PLLC | 7:20-cv-03421-MCR-GRJ | |
| 150 | 28038 | Jeremy Terrell | Pulaski Law Firm, PLLC | | 7:20-cv-03708-MCR-GRJ |
| 151 | 158995 | John Stanczyk | Pulaski Law Firm, PLLC | | 7:20-cv-66705-MCR-GRJ |
| 152 | 159672 | Joshua Rohrer | Pulaski Law Firm, PLLC | | 8:20-cv-44042-MCR-GRJ |
| 153 | 169775 | Jeffery Blake | Pulaski Law Firm, PLLC | 8:20-cv-52973-MCR-GRJ | |
| 154 | 169845 | Christopher Jackson | Pulaski Law Firm, PLLC | | 8:20-cv-54133-MCR-GRJ |
| 155 | 177761 | Rebecca Courtney | Pulaski Law Firm, PLLC | 8:20-cv-46275-MCR-GRJ | |
| 156 | 191773 | Jason Mccann | Pulaski Law Firm, PLLC | | 8:20-cv-38513-MCR-GRJ |
| 157 | 200897 | Kevin Wallace | Pulaski Law Firm, PLLC | | 8:20-cv-46671-MCR-GRJ |
| 158 | 203843 | Natasha Mcclure | Pulaski Law Firm, PLLC | 8:20-cv-66680-MCR-GRJ | |
| 159 | 216820 | Joshua Imoe | Pulaski Law Firm, PLLC | | 8:20-cv-65206-MCR-GRJ |
| 160 | 217132 | Hassan Alhamid | Pulaski Law Firm, PLLC | | 8:20-cv-65281-MCR-GRJ |
| 161 | 256505 | Timothy Rogers | Pulaski Law Firm, PLLC | | 9:20-cv-11769-MCR-GRJ |
| 162 | 256548 | Michelle Blackshear | Pulaski Law Firm, PLLC | 9:20-cv-11811-MCR-GRJ | |
| 163 | 256709 | Cole Johnson | Pulaski Law Firm, PLLC | 9:20-cv-13545-MCR-GRJ | |
| 164 | 266454 | Christian Torres | Pulaski Law Firm, PLLC | 9:20-cv-06056-MCR-GRJ | |
| 165 | 266540 | John Brushwood | Pulaski Law Firm, PLLC | 9:20-cv-06329-MCR-GRJ | |
| 166 | 266552 | Courtney Watson | Pulaski Law Firm, PLLC | | 9:20-cv-06340-MCR-GRJ |
| 167 | 266987 | Kevin Morris | Pulaski Law Firm, PLLC | 9:20-cv-07994-MCR-GRJ | |
| 168 | 277657 | Alasandra Morrison | Pulaski Law Firm, PLLC | | 9:20-cv-18386-MCR-GRJ |
| 169 | 288807 | Spencer Romph | Pulaski Law Firm, PLLC | 7:21-cv-11214-MCR-GRJ | |
| 170 | 301456 | Rodd Simington | Pulaski Law Firm, PLLC | 7:21-cv-22129-MCR-GRJ | |
| 171 | 301588 | Gavin Thomas | Pulaski Law Firm, PLLC | 7:21-cv-22261-MCR-GRJ | |
| 172 | 317797 | Jt Bryant | Pulaski Law Firm, PLLC | 7:21-cv-31300-MCR-GRJ | |
| 173 | 317805 | Tait Rasmussen | Pulaski Law Firm, PLLC | 7:21-cv-31308-MCR-GRJ | |
| 174 | 81603 | Aaron Ruffins | Seeger Weiss LLP | | 7:20-cv-16071-MCR-GRJ |
| 175 | 82686 | John Dominguez | Seeger Weiss LLP | | 7:20-cv-18383-MCR-GRJ |
| 176 | 82897 | Kevin Hawk | Seeger Weiss LLP | 7:20-cv-17413-MCR-GRJ | |
| 177 | 83092 | Mattrella Bennett | Seeger Weiss LLP | 7:20-cv-18742-MCR-GRJ | |
| 178 | 83287 | Raven Williams | Seeger Weiss LLP | 7:20-cv-19027-MCR-GRJ | |
| 179 | 83478 | Servando Cardoza | Seeger Weiss LLP | | 7:20-cv-19229-MCR-GRJ |
| 180 | 83497 | Shawn Archibald | Seeger Weiss LLP | | 7:20-cv-16838-MCR-GRJ |
| 181 | 165421 | Steven Tran | Seeger Weiss LLP | | 7:20-cv-37308-MCR-GRJ |
| 182 | 202080 | Heidi Larkin | Seeger Weiss LLP | 8:20-cv-44063-MCR-GRJ | |
| 183 | 202089 | Andre Carter | Seeger Weiss LLP | | 8:20-cv-44098-MCR-GRJ |
| 184 | 202239 | Matthew Boone | Seeger Weiss LLP | | 8:20-cv-44635-MCR-GRJ |
| 185 | 220285 | Andrew O'Banion | Seeger Weiss LLP | | 8:20-cv-70237-MCR-GRJ |
| 186 | 220432 | Matthew Lowery | Seeger Weiss LLP | | 8:20-cv-70501-MCR-GRJ |
| 187 | 220556 | Daniel Love | Seeger Weiss LLP | | 8:20-cv-69625-MCR-GRJ |
| 188 | 255030 | Zachary Sharkey | Seeger Weiss LLP | | 9:20-cv-00036-MCR-GRJ |
| 189 | 47398 | Cody Daniels | The Gori Law Firm, P.C. | | 7:20-cv-07692-MCR-GRJ |
| 190 | 48262 | Christopher Rudisill | The Gori Law Firm, P.C. | | 7:20-cv-04248-MCR-GRJ |
| 191 | 56358 | Eric Fox | The Gori Law Firm, P.C. | 8:20-cv-27098-MCR-GRJ | |
| 192 | 56412 | Michael Garland | The Gori Law Firm, P.C. | | 7:20-cv-07423-MCR-GRJ |
| 193 | 57451 | John Davis | The Gori Law Firm, P.C. | | 7:20-cv-10768-MCR-GRJ |
| 194 | 169693 | Corry Overstreet | The Gori Law Firm, P.C. | 7:20-cv-39337-MCR-GRJ | |
| 195 | 208099 | Robert Hooper | The Gori Law Firm, P.C. | 8:20-cv-53684-MCR-GRJ | |
| 196 | 248843 | Molly Wilson | The Gori Law Firm, P.C. | 8:20-cv-91809-MCR-GRJ | |
| 197 | 285532 | Ceara Corden | The Gori Law Firm, P.C. | 7:21-cv-04975-MCR-GRJ | |
| 198 | 301108 | Christian Syon | The Gori Law Firm, P.C. | 7:21-cv-20999-MCR-GRJ | |
| 199 | 208525 | Robert Depping | Thomas J Henry | | 8:20-cv-53656-MCR-GRJ |
| 200 | 211816 | Shawn Cochran | Thomas J Henry | 8:20-cv-58767-MCR-GRJ | |
| 201 | 211863 | Caleb Edwards | Thomas J Henry | 8:20-cv-58860-MCR-GRJ | |
| 202 | 69920 | Cody Blair | Watts Guerra, LLP | 8:20-cv-20728-MCR-GRJ | |
| 203 | 70198 | Leonard Burke | Watts Guerra, LLP | 8:20-cv-21346-MCR-GRJ | |
| 204 | 71172 | David Feathers | Watts Guerra, LLP | | 8:20-cv-22400-MCR-GRJ |
| 205 | 71321 | Jeffery Franks | Watts Guerra, LLP | 8:20-cv-24567-MCR-GRJ | |
| 206 | 71713 | David Hadaway | Watts Guerra, LLP | | 8:20-cv-27292-MCR-GRJ |
| 207 | 71871 | John Hatfield | Watts Guerra, LLP | | 8:20-cv-28086-MCR-GRJ |
| 208 | 71905 | Thomas Hayward | Watts Guerra, LLP | | 8:20-cv-28170-MCR-GRJ |
| 209 | 72348 | Andrew Johnson | Watts Guerra, LLP | 8:20-cv-22778-MCR-GRJ | |
| 210 | 72495 | Gregory Keeler | Watts Guerra, LLP | | 8:20-cv-23361-MCR-GRJ |
| 211 | 74419 | Charles Riling | Watts Guerra, LLP | | 8:20-cv-25909-MCR-GRJ |
| 212 | 74797 | Matthew Segroves | Watts Guerra, LLP | | 8:20-cv-26014-MCR-GRJ |
| 213 | 74807 | Randell Sessions | Watts Guerra, LLP | | 8:20-cv-26027-MCR-GRJ |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 214 | 74829 | Kinuwan Sharpe | Watts Guerra, LLP | | 8:20-cv-26065-MCR-GRJ |
| 215 | 74878 | Derek Shue | Watts Guerra, LLP | 8:20-cv-26111-MCR-GRJ | |
| 216 | 75481 | John Tirpak | Watts Guerra, LLP | | 8:20-cv-28000-MCR-GRJ |
| 217 | 75538 | Christopher Tucker | Watts Guerra, LLP | | 8:20-cv-28212-MCR-GRJ |
| 218 | 75568 | Brian Tyler | Watts Guerra, LLP | 8:20-cv-28310-MCR-GRJ | |
| 219 | 75605 | Casey Van Bastelaar | Watts Guerra, LLP | | 8:20-cv-28468-MCR-GRJ |
| 220 | 75633 | Jeffrey Vargas | Watts Guerra, LLP | 8:20-cv-29430-MCR-GRJ | |
| 221 | 75640 | Gabriel Vasquez | Watts Guerra, LLP | | 8:20-cv-29445-MCR-GRJ |
| 222 | 75746 | Xavier Walter | Watts Guerra, LLP | | 8:20-cv-29753-MCR-GRJ |
| 223 | 140234 | Jon Crump | Watts Guerra, LLP | | 3:20-cv-00186-MCR-GRJ |
| 224 | 140412 | Jermaine Otey | Watts Guerra, LLP | | 3:20-cv-00389-MCR-GRJ |
| 225 | 140462 | Kenneth Shanks | Watts Guerra, LLP | | 3:20-cv-00373-MCR-GRJ |
| 226 | 140729 | Joshua Herlt | Watts Guerra, LLP | | 3:20-cv-00860-MCR-GRJ |
| 227 | 140736 | Billy Mcconnell | Watts Guerra, LLP | | 3:20-cv-00862-MCR-GRJ |
| 228 | 140853 | John Holmstrom | Watts Guerra, LLP | | 3:20-cv-00598-MCR-GRJ |
| 229 | 141014 | Kiku Parker | Watts Guerra, LLP | | 3:20-cv-01511-MCR-GRJ |
| 230 | 141225 | Michael Dias | Watts Guerra, LLP | | 3:20-cv-01928-MCR-GRJ |
| 231 | 141334 | Jeffrey Hall | Watts Guerra, LLP | | 3:20-cv-02033-MCR-GRJ |
| 232 | 141355 | Kyle Lane | Watts Guerra, LLP | | 3:20-cv-02048-MCR-GRJ |
| 233 | 141361 | Florencio Hinojosa | Watts Guerra, LLP | | 3:20-cv-01981-MCR-GRJ |
| 234 | 141450 | Ryan Nolan | Watts Guerra, LLP | | 3:19-cv-04191-MCR-GRJ |
| 235 | 141505 | Santi Khoundet | Watts Guerra, LLP | | 3:20-cv-02397-MCR-GRJ |
| 236 | 141619 | Carlos Marrero | Watts Guerra, LLP | | 3:20-cv-02534-MCR-GRJ |
| 237 | 141655 | Joshua Hughes | Watts Guerra, LLP | | 3:20-cv-02260-MCR-GRJ |
| 238 | 141685 | Jedediah Smith | Watts Guerra, LLP | | 3:20-cv-02309-MCR-GRJ |
| 239 | 141703 | James Tindal | Watts Guerra, LLP | | 3:20-cv-02246-MCR-GRJ |
| 240 | 141820 | Curtis Edenfield | Watts Guerra, LLP | | 3:20-cv-02193-MCR-GRJ |
| 241 | 141827 | Victor Zurita | Watts Guerra, LLP | | 3:20-cv-02203-MCR-GRJ |
| 242 | 142088 | Peter Heap | Watts Guerra, LLP | | 3:20-cv-01621-MCR-GRJ |
| 243 | 142132 | Timothy French | Watts Guerra, LLP | | 3:20-cv-01698-MCR-GRJ |
| 244 | 142501 | Wyatt Fluharty | Watts Guerra, LLP | | 3:20-cv-00902-MCR-GRJ |
| 245 | 142568 | John Mckeithen | Watts Guerra, LLP | | 3:20-cv-00919-MCR-GRJ |
| 246 | 142609 | Robert Russell | Watts Guerra, LLP | | 3:20-cv-03295-MCR-GRJ |
| 247 | 142657 | Robert Youngson | Watts Guerra, LLP | | 3:20-cv-00698-MCR-GRJ |
| 248 | 142841 | Joseph Jackson | Watts Guerra, LLP | | 3:20-cv-00471-MCR-GRJ |
| 249 | 143461 | Clavis Gilbert | Watts Guerra, LLP | | 3:20-cv-03517-MCR-GRJ |
| 250 | 143674 | Eric Larson | Watts Guerra, LLP | | 3:20-cv-03210-MCR-GRJ |
| 251 | 143717 | Lendell Lynch | Watts Guerra, LLP | | 3:20-cv-03260-MCR-GRJ |
| 252 | 143862 | Gabriel O'Brien | Watts Guerra, LLP | | 3:20-cv-03214-MCR-GRJ |
| 253 | 144258 | Phillip Bays | Watts Guerra, LLP | | 3:20-cv-02803-MCR-GRJ |
| 254 | 174064 | Rickey Bowman | Watts Guerra, LLP | | 3:19-cv-04761-MCR-GRJ |
| 255 | 120655 | Serena Trice | Weitz & Luxenberg | | 7:20-cv-27230-MCR-GRJ |
| 256 | 120883 | Kane Mayette | Weitz & Luxenberg | | 7:20-cv-27745-MCR-GRJ |
| 257 | 120892 | Kevin Buford | Weitz & Luxenberg | | 7:20-cv-27769-MCR-GRJ |
| 258 | 121843 | Christine Waterstripe | Weitz & Luxenberg | 7:20-cv-27595-MCR-GRJ | |
| 259 | 122066 | Tiffton Halford | Weitz & Luxenberg | | 7:20-cv-28711-MCR-GRJ |
| 260 | 122347 | Jonathan Mcgee | Weitz & Luxenberg | 7:20-cv-31056-MCR-GRJ | |
| 261 | 122984 | Terry Carroll | Weitz & Luxenberg | 7:20-cv-29405-MCR-GRJ | |
| 262 | 161223 | Cory Smith | Weitz & Luxenberg | | 7:20-cv-36070-MCR-GRJ |
| 263 | 169253 | Jovan Moss | Weitz & Luxenberg | 7:20-cv-38821-MCR-GRJ | |
| 264 | 182038 | Nicholas Richardson | Weitz & Luxenberg | 7:20-cv-85694-MCR-GRJ | |
| 265 | 198114 | Kenneth Horlback | Weitz & Luxenberg | 8:20-cv-62879-MCR-GRJ | |
| 266 | 198178 | Heyward Hutson | Weitz & Luxenberg | 8:20-cv-63012-MCR-GRJ | |
| 267 | 218020 | Cody Corbell | Weitz & Luxenberg | | 8:20-cv-70650-MCR-GRJ |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 1 | 313279 | Robert Brabham | Bailey Cowan Heckaman PLLC | 7:21-cv-31738-MCR-GRJ | |
| 2 | 358371 | Bobby Fillers | Clark, Love & Hutson PLLC | | 3:22-cv-02140-MCR-GRJ |
| 3 | 358591 | Jeff Smith | Clark, Love & Hutson PLLC | | 3:22-cv-03447-MCR-GRJ |
| 4 | 69754 | Christopher Barton | Danziger & De Llano | 8:20-cv-22527-MCR-GRJ | |
| 5 | 74129 | Andrew Polk | Danziger & De Llano | 8:20-cv-25212-MCR-GRJ | |
| 6 | 354797 | Juan Hernandez | Heninger Garrison Davis, LLC | | 3:21-cv-04541-MCR-GRJ |
| 7 | 354808 | Aleksey Puzhlyakov | Heninger Garrison Davis, LLC | | 3:21-cv-04567-MCR-GRJ |
| 8 | 354892 | Kurt Weigel | Heninger Garrison Davis, LLC | | 3:21-cv-04714-MCR-GRJ |
| 9 | 354893 | Jon Besaw | Heninger Garrison Davis, LLC | | 3:21-cv-04729-MCR-GRJ |
| 10 | 355081 | David Carley | Heninger Garrison Davis, LLC | | 3:21-cv-04750-MCR-GRJ |
| 11 | 355089 | Brittany Robinson | Heninger Garrison Davis, LLC | | 3:21-cv-04573-MCR-GRJ |
| 12 | 356584 | Edward Schwartz | Heninger Garrison Davis, LLC | | 3:22-cv-01135-MCR-GRJ |
| 13 | 356587 | Robert Selby | Heninger Garrison Davis, LLC | | 3:22-cv-01241-MCR-GRJ |
| 14 | 356589 | Michael Hardy | Heninger Garrison Davis, LLC | | 3:22-cv-01250-MCR-GRJ |
| 15 | 356616 | Justin Geraud | Heninger Garrison Davis, LLC | | 3:22-cv-01489-MCR-GRJ |
| 16 | 356627 | Fabian Ysker | Heninger Garrison Davis, LLC | | 3:22-cv-01551-MCR-GRJ |
| 17 | 356628 | Villard Vitalis | Heninger Garrison Davis, LLC | | 3:22-cv-01554-MCR-GRJ |
| 18 | 356638 | Donald Auzenne | Heninger Garrison Davis, LLC | | 3:22-cv-01866-MCR-GRJ |
| 19 | 356657 | John Knight | Heninger Garrison Davis, LLC | | 3:22-cv-01946-MCR-GRJ |
| 20 | 356659 | Samuel Lang | Heninger Garrison Davis, LLC | | 3:22-cv-01968-MCR-GRJ |
| 21 | 356660 | Bernardo Quintela | Heninger Garrison Davis, LLC | | 3:22-cv-01975-MCR-GRJ |
| 22 | 356667 | Justin Dawson | Heninger Garrison Davis, LLC | | 3:22-cv-02000-MCR-GRJ |
| 23 | 356669 | Jesus Balli | Heninger Garrison Davis, LLC | | 3:22-cv-02022-MCR-GRJ |
| 24 | 356675 | Matthew Deen | Heninger Garrison Davis, LLC | | 3:22-cv-01490-MCR-GRJ |
| 25 | 356682 | Mark Hinton | Heninger Garrison Davis, LLC | | 3:22-cv-01552-MCR-GRJ |
| 26 | 356687 | David Rains | Heninger Garrison Davis, LLC | | 3:22-cv-01562-MCR-GRJ |
| 27 | 356699 | Jeremy King | Heninger Garrison Davis, LLC | | 3:22-cv-01627-MCR-GRJ |
| 28 | 356704 | Jose Lopez | Heninger Garrison Davis, LLC | | 3:22-cv-01661-MCR-GRJ |
| 29 | 356705 | Demetrich Funderburg | Heninger Garrison Davis, LLC | | 3:22-cv-01674-MCR-GRJ |
| 30 | 356757 | Elliott Lilienthal | Heninger Garrison Davis, LLC | | 3:22-cv-01840-MCR-GRJ |
| 31 | 356774 | Melissa Gaudette | Heninger Garrison Davis, LLC | | 3:22-cv-01862-MCR-GRJ |
| 32 | 356775 | Paul Spillman | Heninger Garrison Davis, LLC | | 3:22-cv-01863-MCR-GRJ |
| 33 | 356776 | John Dobbs | Heninger Garrison Davis, LLC | | 3:22-cv-01867-MCR-GRJ |
| 34 | 356803 | James Jenkins | Heninger Garrison Davis, LLC | | 3:22-cv-01932-MCR-GRJ |
| 35 | 356808 | Daniel Foster | Heninger Garrison Davis, LLC | | 3:22-cv-01941-MCR-GRJ |
| 36 | 356811 | Jaquae Jones | Heninger Garrison Davis, LLC | | 3:22-cv-01949-MCR-GRJ |
| 37 | 356812 | Anthony Branham | Heninger Garrison Davis, LLC | | 3:22-cv-01950-MCR-GRJ |
| 38 | 357600 | Joel Espiritusanto | Heninger Garrison Davis, LLC | | 3:22-cv-03332-MCR-GRJ |
| 39 | 357602 | David Trentham | Heninger Garrison Davis, LLC | | 3:22-cv-02339-MCR-GRJ |
| 40 | 357606 | Michael Jenkins | Heninger Garrison Davis, LLC | | 3:22-cv-03330-MCR-GRJ |
| 41 | 357608 | Willie Viverette | Heninger Garrison Davis, LLC | | 3:22-cv-03326-MCR-GRJ |
| 42 | 357623 | Gregg Wolff | Heninger Garrison Davis, LLC | | 3:22-cv-03297-MCR-GRJ |
| 43 | 357645 | Johnny Crow | Heninger Garrison Davis, LLC | | 3:22-cv-02430-MCR-GRJ |
| 44 | 357647 | John Erickson | Heninger Garrison Davis, LLC | | 3:22-cv-03237-MCR-GRJ |
| 45 | 357648 | Melissa Clemens | Heninger Garrison Davis, LLC | | 3:22-cv-03231-MCR-GRJ |
| 46 | 357655 | Emily Shupe | Heninger Garrison Davis, LLC | | 3:22-cv-03228-MCR-GRJ |
| 47 | 357660 | Noe Rodriguez | Heninger Garrison Davis, LLC | | 3:22-cv-03300-MCR-GRJ |
| 48 | 357673 | Michael Snow | Heninger Garrison Davis, LLC | | 3:22-cv-03051-MCR-GRJ |
| 49 | 357692 | David Trader | Heninger Garrison Davis, LLC | | 3:22-cv-03266-MCR-GRJ |
| 50 | 357703 | Ashley Chewitt | Heninger Garrison Davis, LLC | | 3:22-cv-03208-MCR-GRJ |
| 51 | 357706 | Paul Devito | Heninger Garrison Davis, LLC | | 3:22-cv-02756-MCR-GRJ |
| 52 | 357707 | Otis Ellis | Heninger Garrison Davis, LLC | | 3:22-cv-02749-MCR-GRJ |
| 53 | 357709 | Aaron Jenney-Kraus | Heninger Garrison Davis, LLC | | 3:22-cv-02736-MCR-GRJ |
| 54 | 357710 | Darien James | Heninger Garrison Davis, LLC | | 3:22-cv-02732-MCR-GRJ |
| 55 | 357713 | Leanna Newsome | Heninger Garrison Davis, LLC | | 3:22-cv-02715-MCR-GRJ |
| 56 | 357716 | Jake Porter | Heninger Garrison Davis, LLC | | 3:22-cv-02701-MCR-GRJ |
| 57 | 357717 | Jason Sisco | Heninger Garrison Davis, LLC | | 3:22-cv-03037-MCR-GRJ |
| 58 | 357724 | Marc Pheney | Heninger Garrison Davis, LLC | | 3:22-cv-03032-MCR-GRJ |
| 59 | 357726 | Montez Huff | Heninger Garrison Davis, LLC | | 3:22-cv-03134-MCR-GRJ |
| 60 | 357730 | Jay Zook | Heninger Garrison Davis, LLC | | 3:22-cv-03125-MCR-GRJ |
| 61 | 357736 | Miesha Mcglothen | Heninger Garrison Davis, LLC | | 3:22-cv-02621-MCR-GRJ |
| 62 | 357758 | Prisca White | Heninger Garrison Davis, LLC | | 3:22-cv-03203-MCR-GRJ |
| 63 | 357764 | James Kirk | Heninger Garrison Davis, LLC | | 3:22-cv-02530-MCR-GRJ |
| 64 | 357765 | Steven Overturf | Heninger Garrison Davis, LLC | | 3:22-cv-03194-MCR-GRJ |
| 65 | 357771 | Janet Barnicoat | Heninger Garrison Davis, LLC | | 3:22-cv-03189-MCR-GRJ |
| 66 | 357775 | Joseph Talley | Heninger Garrison Davis, LLC | | 3:22-cv-03013-MCR-GRJ |
| 67 | 357776 | John Roy | Heninger Garrison Davis, LLC | | 3:22-cv-03073-MCR-GRJ |
| 68 | 357786 | Willard Wyatt | Heninger Garrison Davis, LLC | | 3:22-cv-03179-MCR-GRJ |
| 69 | 357794 | Herbrena Myers | Heninger Garrison Davis, LLC | | 3:22-cv-03174-MCR-GRJ |
| 70 | 357807 | Lizzie Baker | Heninger Garrison Davis, LLC | | 3:22-cv-02903-MCR-GRJ |
| 71 | 357814 | Kory Yates | Heninger Garrison Davis, LLC | | 3:22-cv-02889-MCR-GRJ |
| 72 | 357815 | Sean West | Heninger Garrison Davis, LLC | | 3:22-cv-02885-MCR-GRJ |
| 73 | 357821 | Joseph Cooper | Heninger Garrison Davis, LLC | | 3:22-cv-03166-MCR-GRJ |
| 74 | 357842 | Nathan Morsbach | Heninger Garrison Davis, LLC | | 3:22-cv-03157-MCR-GRJ |
| 75 | 357930 | Tyre Taylor | Heninger Garrison Davis, LLC | | 3:22-cv-03725-MCR-GRJ |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 76 | 357936 | Dennis Stornelli | Heninger Garrison Davis, LLC | | 3:22-cv-03792-MCR-GRJ |
| 77 | 357989 | Sarah Cross | Heninger Garrison Davis, LLC | | 3:22-cv-03992-MCR-GRJ |
| 78 | 357991 | Ryan Blazer | Heninger Garrison Davis, LLC | | 3:22-cv-03996-MCR-GRJ |
| 79 | 357999 | Nate Harper | Heninger Garrison Davis, LLC | | 3:22-cv-04013-MCR-GRJ |
| 80 | 358003 | Jamie Proffitt | Heninger Garrison Davis, LLC | | 3:22-cv-04023-MCR-GRJ |
| 81 | 358032 | Reginald Riley | Heninger Garrison Davis, LLC | | 3:22-cv-04076-MCR-GRJ |
| 82 | 358036 | Winston Lacey | Heninger Garrison Davis, LLC | | 3:22-cv-04121-MCR-GRJ |
| 83 | 358071 | James Holloway | Heninger Garrison Davis, LLC | | 3:22-cv-04135-MCR-GRJ |
| 84 | 358126 | James Simmons | Heninger Garrison Davis, LLC | | 3:22-cv-04098-MCR-GRJ |
| 85 | 358128 | Quincy Johnson | Heninger Garrison Davis, LLC | | 3:22-cv-04089-MCR-GRJ |
| 86 | 358135 | Sean Hallett | Heninger Garrison Davis, LLC | | 3:22-cv-03845-MCR-GRJ |
| 87 | 358136 | James Clevenger | Heninger Garrison Davis, LLC | | 3:22-cv-03844-MCR-GRJ |
| 88 | 358153 | Keith Ellis | Heninger Garrison Davis, LLC | | 3:22-cv-03623-MCR-GRJ |
| 89 | 358154 | Jamaal Cole | Heninger Garrison Davis, LLC | | 3:22-cv-03611-MCR-GRJ |
| 90 | 358987 | Aaron Young | Heninger Garrison Davis, LLC | | 3:22-cv-03442-MCR-GRJ |
| 91 | 359034 | Kaleisha Shaver | Heninger Garrison Davis, LLC | | 3:22-cv-03563-MCR-GRJ |
| 92 | 359068 | Olalekan Oyewo | Heninger Garrison Davis, LLC | | 3:22-cv-03626-MCR-GRJ |
| 93 | 359086 | Tracy Alexander | Heninger Garrison Davis, LLC | | 3:22-cv-03686-MCR-GRJ |
| 94 | 359091 | Ronald Phillips | Heninger Garrison Davis, LLC | | 3:22-cv-03694-MCR-GRJ |
| 95 | 359209 | Jose Cazarez | Heninger Garrison Davis, LLC | | 3:22-cv-04006-MCR-GRJ |
| 96 | 359246 | Staysea Williams | Heninger Garrison Davis, LLC | | 3:22-cv-04157-MCR-GRJ |
| 97 | 359275 | Demetrius Reid | Heninger Garrison Davis, LLC | | 3:22-cv-04155-MCR-GRJ |
| 98 | 359298 | Joshua Bishop | Heninger Garrison Davis, LLC | | 3:22-cv-04097-MCR-GRJ |
| 99 | 341762 | David Bonilla | Keller Postman | 7:21-cv-59834-MCR-GRJ | |
| 100 | 341872 | Candido Centeno | Keller Postman | 7:21-cv-60041-MCR-GRJ | |
| 101 | 357332 | Edwardo Avila | Seeger Weiss LLP | | 3:22-cv-02433-MCR-GRJ |
| 102 | 357338 | Solomon Flowers | Seeger Weiss LLP | | 3:22-cv-02466-MCR-GRJ |
| 103 | 357339 | James Galloway | Seeger Weiss LLP | | 3:22-cv-02497-MCR-GRJ |
| 104 | 357340 | Aaron Godfrey | Seeger Weiss LLP | | 3:22-cv-02500-MCR-GRJ |
| 105 | 357341 | John Gragg | Seeger Weiss LLP | | 3:22-cv-02502-MCR-GRJ |
| 106 | 357342 | Michael Harrelson | Seeger Weiss LLP | | 3:22-cv-02508-MCR-GRJ |
| 107 | 357347 | Robert Koetzner | Seeger Weiss LLP | | 3:22-cv-02557-MCR-GRJ |
| 108 | 345774 | Jared Makamson | The Gori Law Firm, P.C. | | 7:21-cv-64350-MCR-GRJ |
| 109 | 136134 | Donald Bachman | Thomas J Henry | | 3:19-cv-01722-MCR-GRJ |
| 110 | 136152 | Garrett Bowers | Thomas J Henry | | 3:19-cv-01798-MCR-GRJ |
| 111 | 136159 | Ronald Brooks | Thomas J Henry | | 3:19-cv-02082-MCR-GRJ |
| 112 | 136174 | Daniel Carbajal | Thomas J Henry | | 3:19-cv-01854-MCR-GRJ |
| 113 | 136187 | Kyle Clark | Thomas J Henry | | 3:19-cv-03730-MCR-GRJ |
| 114 | 136188 | Jason Clark-Angrisanio | Thomas J Henry | | 3:19-cv-01727-MCR-GRJ |
| 115 | 136191 | Frank Colvin | Thomas J Henry | | 3:19-cv-03388-MCR-GRJ |
| 116 | 136192 | Chase Cooper | Thomas J Henry | | 3:19-cv-01818-MCR-GRJ |
| 117 | 136194 | Kelvin Coston | Thomas J Henry | | 3:19-cv-03207-MCR-GRJ |
| 118 | 136200 | Timothy Daniels | Thomas J Henry | | 3:19-cv-03389-MCR-GRJ |
| 119 | 136213 | Jerrick Dupont | Thomas J Henry | | 3:19-cv-01864-MCR-GRJ |
| 120 | 136228 | Rudy Flores | Thomas J Henry | | 3:19-cv-01734-MCR-GRJ |
| 121 | 136231 | Wesley Fowler | Thomas J Henry | | 3:19-cv-03205-MCR-GRJ |
| 122 | 136240 | Perry Garner | Thomas J Henry | | 3:19-cv-02865-MCR-GRJ |
| 123 | 136241 | Jessica Gehrke | Thomas J Henry | | 3:19-cv-01736-MCR-GRJ |
| 124 | 136273 | Benjamin Harvey | Thomas J Henry | | 3:19-cv-03563-MCR-GRJ |
| 125 | 136275 | Cory Hemminger | Thomas J Henry | | 3:19-cv-03460-MCR-GRJ |
| 126 | 136300 | Shannon Jefferson | Thomas J Henry | | 3:19-cv-01869-MCR-GRJ |
| 127 | 136313 | Ryan Knight | Thomas J Henry | | 3:19-cv-03087-MCR-GRJ |
| 128 | 136317 | William Lampley | Thomas J Henry | | 3:19-cv-02036-MCR-GRJ |
| 129 | 136342 | Jared Mays | Thomas J Henry | | 3:19-cv-03161-MCR-GRJ |
| 130 | 136343 | Blake Mcclure | Thomas J Henry | | 3:19-cv-02704-MCR-GRJ |
| 131 | 136359 | James Morris | Thomas J Henry | | 3:19-cv-01900-MCR-GRJ |
| 132 | 136368 | Jacob Murphey | Thomas J Henry | | 3:19-cv-01760-MCR-GRJ |
| 133 | 136400 | Jeron Porter | Thomas J Henry | | 3:19-cv-03091-MCR-GRJ |
| 134 | 136419 | Adriano Rivera | Thomas J Henry | | 3:19-cv-03461-MCR-GRJ |
| 135 | 136428 | Timothy Rochelle | Thomas J Henry | | 3:19-cv-03405-MCR-GRJ |
| 136 | 136503 | Michael Williams | Thomas J Henry | | 3:19-cv-01788-MCR-GRJ |
| 137 | 149562 | Jorge Caraballo | Thomas J Henry | 7:20-cv-30937-MCR-GRJ | |
| 138 | 149673 | James Collins | Thomas J Henry | 7:20-cv-31706-MCR-GRJ | |
| 139 | 150053 | John Flynn | Thomas J Henry | 7:20-cv-31604-MCR-GRJ | |
| 140 | 150214 | Jesus Gonzalez | Thomas J Henry | 7:20-cv-32256-MCR-GRJ | |
| 141 | 150311 | David Gutierrez | Thomas J Henry | 7:20-cv-32651-MCR-GRJ | |
| 142 | 150427 | Thomas Herbest | Thomas J Henry | 7:20-cv-32231-MCR-GRJ | |
| 143 | 150469 | Orrion Hill | Thomas J Henry | 7:20-cv-32454-MCR-GRJ | |
| 144 | 150656 | Erik Johnson | Thomas J Henry | 7:20-cv-32521-MCR-GRJ | |
| 145 | 150707 | Michael Kaplan | Thomas J Henry | 7:20-cv-32705-MCR-GRJ | |
| 146 | 150741 | Carney King | Thomas J Henry | 7:20-cv-32215-MCR-GRJ | |
| 147 | 150749 | Robert Kirchoff | Thomas J Henry | 7:20-cv-32249-MCR-GRJ | |
| 148 | 150955 | Fernand Marasigan | Thomas J Henry | 7:20-cv-32874-MCR-GRJ | |
| 149 | 151450 | Irina Plotner | Thomas J Henry | 7:20-cv-33324-MCR-GRJ | |
| 150 | 151455 | Larry Ponds | Thomas J Henry | 7:20-cv-33340-MCR-GRJ | |

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
EXHIBIT B

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 151 | 151935 | Bryan Snodgrass | Thomas J Henry | 7:20-cv-34377-MCR-GRJ | |
| 152 | 152211 | Christopher Van De Yar | Thomas J Henry | 7:20-cv-34539-MCR-GRJ | |
| 153 | 152222 | Sammy Velez Vander Beke | Thomas J Henry | 7:20-cv-34598-MCR-GRJ | |
| 154 | 152241 | John Vita | Thomas J Henry | 7:20-cv-34679-MCR-GRJ | |
| 155 | 152311 | Stephen Werner | Thomas J Henry | 7:20-cv-34942-MCR-GRJ | |
| 156 | 156391 | Patrick Foster | Thomas J Henry | 7:20-cv-35373-MCR-GRJ | |
| 157 | 158056 | Carson Conwell | Thomas J Henry | 7:20-cv-35600-MCR-GRJ | |
| 158 | 158905 | Amaury Cook | Thomas J Henry | 7:20-cv-35470-MCR-GRJ | |
| 159 | 159393 | Devin Fitzpatrick | Thomas J Henry | 7:20-cv-35662-MCR-GRJ | |
| 160 | 160061 | Joseph Morenodike | Thomas J Henry | 7:20-cv-35689-MCR-GRJ | |
| 161 | 160726 | Joseph Blackmon | Thomas J Henry | 7:20-cv-35778-MCR-GRJ | |
| 162 | 161129 | Robert Garcia | Thomas J Henry | 7:20-cv-35972-MCR-GRJ | |
| 163 | 162034 | Henry Hartnell | Thomas J Henry | 7:20-cv-36262-MCR-GRJ | |
| 164 | 162440 | Colter Reynolds | Thomas J Henry | 7:20-cv-36603-MCR-GRJ | |
| 165 | 163036 | Stefan Wall | Thomas J Henry | 7:20-cv-36663-MCR-GRJ | |
| 166 | 163265 | Trevor Newirth | Thomas J Henry | 7:20-cv-36582-MCR-GRJ | |
| 167 | 163890 | Dwayne Ruffin | Thomas J Henry | 7:20-cv-37175-MCR-GRJ | |
| 168 | 173089 | Thomas Geno | Thomas J Henry | 7:20-cv-39671-MCR-GRJ | |
| 169 | 173188 | Ryan Boller | Thomas J Henry | 7:20-cv-40167-MCR-GRJ | |
| 170 | 173330 | Jared Palonis | Thomas J Henry | 7:20-cv-39977-MCR-GRJ | |
| 171 | 175482 | Enrique Ruiz | Thomas J Henry | 7:20-cv-39751-MCR-GRJ | |
| 172 | 175765 | Luis Lopez | Thomas J Henry | 7:20-cv-40859-MCR-GRJ | |
| 173 | 175795 | Jim Wong | Thomas J Henry | 7:20-cv-40901-MCR-GRJ | |
| 174 | 176828 | Bo Feitshans | Thomas J Henry | 8:20-cv-02223-MCR-GRJ | 3:19-cv-04849-MCR-GRJ |
| 175 | 176831 | Jeremiah Madden | Thomas J Henry | 8:20-cv-02226-MCR-GRJ | 3:19-cv-04898-MCR-GRJ |
| 176 | 176832 | Joshua Germann | Thomas J Henry | 8:20-cv-02227-MCR-GRJ | 3:19-cv-04902-MCR-GRJ |
| 177 | 176833 | Mariano Torres | Thomas J Henry | 8:20-cv-02228-MCR-GRJ | 3:19-cv-04903-MCR-GRJ |
| 178 | 176835 | Ronnie Warner | Thomas J Henry | 8:20-cv-02230-MCR-GRJ | 3:19-cv-04910-MCR-GRJ |
| 179 | 176836 | Theodore Cline | Thomas J Henry | 8:20-cv-02231-MCR-GRJ | 3:19-cv-04912-MCR-GRJ |
| 180 | 185534 | Devon Harrison | Thomas J Henry | 8:20-cv-09314-MCR-GRJ | |
| 181 | 185553 | Patrick Hopkins | Thomas J Henry | 8:20-cv-09366-MCR-GRJ | |
| 182 | 185656 | George O'bryan | Thomas J Henry | 7:21-cv-68338-MCR-GRJ | |
| 183 | 185659 | Nicolas Olson | Thomas J Henry | 8:20-cv-09660-MCR-GRJ | |
| 184 | 185665 | Ryan Panzarella | Thomas J Henry | 8:20-cv-09676-MCR-GRJ | |
| 185 | 185673 | Shayne Peters | Thomas J Henry | 8:20-cv-09702-MCR-GRJ | |
| 186 | 188998 | Leland Sauls | Thomas J Henry | 8:20-cv-16051-MCR-GRJ | |
| 187 | 192246 | Timothy Compton | Thomas J Henry | 8:20-cv-27399-MCR-GRJ | |
| 188 | 192322 | Thomas Gillis | Thomas J Henry | 8:20-cv-27631-MCR-GRJ | |
| 189 | 192530 | Jason Parker | Thomas J Henry | 8:20-cv-27453-MCR-GRJ | |
| 190 | 192606 | Yun So | Thomas J Henry | 8:20-cv-27660-MCR-GRJ | |
| 191 | 192722 | Daniel Zapico | Thomas J Henry | 8:20-cv-27806-MCR-GRJ | |
| 192 | 204202 | Michael Rothemeyer | Thomas J Henry | 8:20-cv-44604-MCR-GRJ | |
| 193 | 204247 | Sean Cox | Thomas J Henry | 8:20-cv-44762-MCR-GRJ | |
| 194 | 204468 | Joel Ortega | Thomas J Henry | 8:20-cv-45212-MCR-GRJ | |
| 195 | 204566 | Brian Mayfield | Thomas J Henry | 8:20-cv-45458-MCR-GRJ | |
| 196 | 204581 | Antonio Hamm | Thomas J Henry | 8:20-cv-45499-MCR-GRJ | |
| 197 | 204598 | John Ledington | Thomas J Henry | 8:20-cv-45551-MCR-GRJ | |
| 198 | 204784 | Robert Marx | Thomas J Henry | 8:20-cv-45310-MCR-GRJ | |
| 199 | 204925 | Thomas Baker | Thomas J Henry | 8:20-cv-45675-MCR-GRJ | |
| 200 | 205014 | Michael Hallman | Thomas J Henry | 8:20-cv-46115-MCR-GRJ | |
| 201 | 205062 | Concepcion Rojastoro | Thomas J Henry | 8:20-cv-46355-MCR-GRJ | |
| 202 | 205093 | Brandon Cattell | Thomas J Henry | 8:20-cv-46483-MCR-GRJ | |
| 203 | 208253 | Ardell Applegate | Thomas J Henry | 8:20-cv-57585-MCR-GRJ | |
| 204 | 208269 | Matthew Bailey | Thomas J Henry | 8:20-cv-53107-MCR-GRJ | |
| 205 | 208348 | Michael Brennan | Thomas J Henry | 8:20-cv-57697-MCR-GRJ | |
| 206 | 208412 | Kyle Carpenter | Thomas J Henry | 8:20-cv-57771-MCR-GRJ | |
| 207 | 208416 | Marcus Carrillo | Thomas J Henry | 8:20-cv-53408-MCR-GRJ | |
| 208 | 208506 | Cedric Davis | Thomas J Henry | 8:20-cv-53595-MCR-GRJ | |
| 209 | 208531 | Zachary Dick | Thomas J Henry | 8:20-cv-65616-MCR-GRJ | |
| 210 | 208578 | Thomas Ellison | Thomas J Henry | 8:20-cv-57917-MCR-GRJ | |
| 211 | 208593 | Michael Fadeley | Thomas J Henry | 8:20-cv-57932-MCR-GRJ | |
| 212 | 208598 | Richard Fant | Thomas J Henry | 8:20-cv-53824-MCR-GRJ | |
| 213 | 208697 | Cody Grannan | Thomas J Henry | 8:20-cv-65621-MCR-GRJ | |
| 214 | 208722 | Jonathan Guill | Thomas J Henry | 8:20-cv-58036-MCR-GRJ | |
| 215 | 208821 | Richie Huynh | Thomas J Henry | 8:20-cv-53365-MCR-GRJ | |
| 216 | 208839 | David Javier | Thomas J Henry | 8:20-cv-58119-MCR-GRJ | |
| 217 | 208882 | Thomas Kedrowitz | Thomas J Henry | 8:20-cv-58153-MCR-GRJ | |
| 218 | 209183 | Alexander Peterson | Thomas J Henry | 8:20-cv-58327-MCR-GRJ | |
| 219 | 209197 | Jeffrey Pinto | Thomas J Henry | 8:20-cv-54163-MCR-GRJ | |
| 220 | 209433 | Michael Steele | Thomas J Henry | 8:20-cv-54560-MCR-GRJ | |
| 221 | 209519 | Francisco Trujillo | Thomas J Henry | 8:20-cv-54641-MCR-GRJ | |
| 222 | 211734 | Jose Avila-Vasquez | Thomas J Henry | 8:20-cv-58608-MCR-GRJ | |
| 223 | 211759 | Troy Blanchard | Thomas J Henry | 8:20-cv-58655-MCR-GRJ | |
| 224 | 211766 | William Bowman | Thomas J Henry | 8:20-cv-58669-MCR-GRJ | |
| 225 | 211809 | Scott Ciecko | Thomas J Henry | 8:20-cv-58754-MCR-GRJ | |

| Row | PID | Name | Firm | Admin Docket Case Number | Active Docket Case Number |
|---|---|---|---|---|---|
| 226 | 211861 | Gabriel Echevarria | Thomas J Henry | 8:20-cv-58857-MCR-GRJ | |
| 227 | 211892 | Donald Fuller | Thomas J Henry | 8:20-cv-58917-MCR-GRJ | |
| 228 | 211924 | Alejandro Hernandez | Thomas J Henry | 8:20-cv-58980-MCR-GRJ | |
| 229 | 212163 | Wendy Standley | Thomas J Henry | 8:20-cv-58750-MCR-GRJ | |
| 230 | 212193 | Luis Valdovinos | Thomas J Henry | 8:20-cv-58810-MCR-GRJ | |
| 231 | 221312 | Jarrid Cavanaugh | Thomas J Henry | 8:20-cv-76967-MCR-GRJ | |
| 232 | 221331 | Frank Colon | Thomas J Henry | 8:20-cv-76986-MCR-GRJ | |
| 233 | 221389 | Keith Fuller | Thomas J Henry | 8:20-cv-77076-MCR-GRJ | |
| 234 | 221394 | Adrian Gainus | Thomas J Henry | 8:20-cv-77085-MCR-GRJ | |
| 235 | 221582 | Jeff Morris | Thomas J Henry | 8:20-cv-77927-MCR-GRJ | |
| 236 | 221636 | Brandon Rall | Thomas J Henry | 8:20-cv-78037-MCR-GRJ | |
| 237 | 221649 | Justin Richardson | Thomas J Henry | 8:20-cv-78049-MCR-GRJ | |
| 238 | 221677 | John Schultz | Thomas J Henry | 8:20-cv-78077-MCR-GRJ | |
| 239 | 221751 | Antoine Veal | Thomas J Henry | 8:20-cv-78697-MCR-GRJ | |
| 240 | 221772 | Liam White | Thomas J Henry | 8:20-cv-78738-MCR-GRJ | |
| 241 | 233953 | Raphael Chookagian | Thomas J Henry | 8:20-cv-68172-MCR-GRJ | |
| 242 | 234009 | Scott Lane | Thomas J Henry | 8:20-cv-68355-MCR-GRJ | |
| 243 | 234074 | Mark Thelen | Thomas J Henry | 8:20-cv-68582-MCR-GRJ | |
| 244 | 234091 | Adam York | Thomas J Henry | 8:20-cv-68629-MCR-GRJ | |
| 245 | 239704 | Ryan Reeves | Thomas J Henry | 8:20-cv-82648-MCR-GRJ | |
| 246 | 240696 | Shawn Lathum | Thomas J Henry | 8:20-cv-86568-MCR-GRJ | |
| 247 | 241998 | Patrick Leonard | Thomas J Henry | 8:20-cv-75847-MCR-GRJ | |
| 248 | 248233 | Gerald Simmons | Thomas J Henry | 8:20-cv-86699-MCR-GRJ | |
| 249 | 248256 | Patrick Williams | Thomas J Henry | 8:20-cv-86765-MCR-GRJ | |
| 250 | 251968 | Steven Jobe | Thomas J Henry | 8:20-cv-86872-MCR-GRJ | |
| 251 | 251992 | Travis Metzger | Thomas J Henry | 8:20-cv-98220-MCR-GRJ | |
| 252 | 253004 | Jay Jones | Thomas J Henry | 8:20-cv-98294-MCR-GRJ | |
| 253 | 307105 | Alexander Hewitt | Thomas J Henry | 7:21-cv-24146-MCR-GRJ | |
| 254 | 357467 | Gary Martin | Watts Guerra, LLP | | 3:22-cv-01304-MCR-GRJ |